# EXHIBIT A

**49D06-1904-PL-014893**

Marion Superior Court, Civil Division 6

Filed: 4/12/2019 10:03 AM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR/CIRCUIT COURT
STATE OF INDIANA

| | |
|---|---|
| DJC PROPERTIES, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| ARCH SPECIALTY INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendant. | ) |

**SUMMONS FOR SERVICE BY CERTIFIED MAIL**

The State of Indiana to Defendant:

Arch Specialty Insurance Company
c/o Registered Agent
135 N Pennsylvania Street
Suite 1610
Indianapolis, IN 46204-2448

You have been sued by the person(s) named Plaintiff, in the court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the Complaint in writing, by you or your attorney, within twenty-three (23) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 4/12/2019

_Myla A. Eldridge_
Clerk, Marion County Superior/Circuit Court
(Seal)

_/s/ Lewis S. Wooton_
Lewis S. Wooton, Attorney for Plaintiff

WOOTON HOY LLC
13 N. State St.
Greenfield, IN 46140
Telephone: 317-318-1685

## CERTIFICATE OF MAILING

I hereby certify that on_____day of _____, 2019, I mailed a copy of this Summons and a copy of the Complaint to each of the defendant(s)_____ by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s)_____ at the address(es) furnished by the plaintiff.

Date: _____        _____
                          Clerk, Marion County Superior/Circuit Court (Seal)

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the_____day of _____, 2018, and that a copy of return receipt was received on the _____day of _____, 2018, which copy is attached herewith.

Date:_____         _____
                          Clerk, Marion County Superior/Circuit Court (Seal)

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____day of _____, 2019, I mailed a copy of this summons and a copy of the Complaint to the defendant(s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____day of_____, 2019, and I did deliver said summons and copy of Complaint to the Sheriff of _____ County, Indiana.

Date: _____     _____
                          Clerk, Marion County Superior/Circuit Court (Seal)

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

  1. By delivering on the_____day of_____, 2019, a copy of this summons and a copy of the Complaint to each of the within-named defendant(s)_____.
  2. By leaving on the _____day of _____, 2019 within-named defendants_____, a copy of the Complaint at the respective dwelling house or usual place of abode with _____, a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
  3. _____and by mailing a copy of the summons without the Complaint to _____ at _____, the last known address of defendant(s).

All done in _____ County, Indiana

| Fees: | $_____ | |
|---|---|---|
| | | Sheriff of _____ County, Indiana |
| Mileage | _____ | |
| Total | $_____ | By: _____ |
| | | Deputy |

SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the Complaint attached thereto were received by me at _____, this _____ day of _____, 2019.

_____
Signature of Defendant

49D06-1904-PL-014893

Marion Superior Court, Civil Division 6

Filed: 4/12/2019 10:03 AM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR/CIRCUIT COURT
STATE OF INDIANA

| | | |
|---|---|---|
| DJC PROPERTIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| ARCH SPECIALTY INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT AND JURY DEMAND

Plaintiff, DJC Properties LLC, for its Complaint against Arch Specialty Insurance Company states as follows:

### FACTS UNIVERSAL TO ALL CLAIMS AND MATTERS HEREIN

1. DJC Properties, LLC ("DJC") is a business duly organized in the State of Indiana with its principle place of business in Indianapolis, IN 46221.

2. Defendant, Arch Specialty Insurance Company ("Arch") is an insurance company conducting business in the state of Indiana.

3. DJC and Arch are parties to a contract of insurance, identified as Policy No. ANC0005606-00 ("the Policy"), with effective dates between January 6, 2017 and January 6, 2018. A true, accurate and complete copy of the Policy is attached hereto as Exhibit A.

4. On or about April 13, 2017, Plaintiff suffered significant loss and damage ("the Loss") to its business located at 1032 Division Street, Indianapolis, IN 46221 ("the Property").

5. In accordance with the terms and conditions of the Policy, Plaintiff reported the Loss to Arch.

6. Arch has failed to abide by the terms and conditions of the Policy and has failed to fully indemnify Plaintiff as required under the terms of the Policy, by, without limitation: A. Underpaying Plaintiff for the Loss; B. Unreasonably delaying and/or denying payments to the Plaintiff; Otherwise failing to pay and adjust the Loss under the terms of the Policy.

7. Arch's actions and inactions have caused substantial damages to Plaintiff.

## BREACH OF CONTRACT

8. Plaintiff incorporates by reference paragraphs 1 through 7 of this Complaint as if set forth herein in their entirety.

9. Arch breached the terms and conditions of its insurance contract with Plaintiff.

10. As a direct and proximate result of Arch's breach of contract, Plaintiff has suffered damages, including, without limitation: (a) direct damages; (b) consequential damages; (c) incidental damages; (d) pre-judgment interest; (e) attorneys' fees; and (f) other damages not yet identified.

WHEREFORE, Plaintiffs, by counsel, pray for damages for Arch's breach of contract, and for all other proper relief in the premises.

Respectfully Submitted,

/s/ Lewis S. Wooton
LEWIS S. WOOTON, #26650-49
BRETT Y. HOY, #26416-49
Counsel for DJC Properties, LLC

WOOTON HOY, LLC
13 N. State Street
Greenfield, IN 46140
Phone: (317) 318-1685

## JURY DEMAND

Plaintiff, by counsel, pursuant to Trial Rule 38 of the Indiana Rules of Trial Procedure, respectfully requests that the above matter be tried by a jury.

Dated: April 12, 2019

Respectfully submitted by:

/s/ Lewis S. Wooton
LEWIS S. WOOTON, #26650-49
BRETT Y. HOY, #26416-49
Counsel for DJC Properties, LLC

WOOTON HOY, LLC
13 N. State St.
Greenfield, IN 46140
(317) 318-1685
lewis@wootonhoylaw.com

13 N. State St.
Greenfield, IN 46140

**CERTIFIED MAIL**

7019 0140 0000 1721 4715

U.S. POSTAGE PAID
FCM LETTER
GREENFIELD, IN
46140
APR 15, 19
AMOUNT

$7.00
R2305M148738-14

Arch Specialty Insurance Company
c/o Registered Agent
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

46204-244810